IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| WILLIAM NELSON ANTOINE | § | |
| VS. | § | CIVIL ACTION NO. 1:18cv434 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER REGARDING MOTION TO PROCEED IN FORMA PAUPERIS

Petitioner has filed a motion to proceed *in forma pauperis* (docket entry no. 4). Petitioner, however, has since paid the filing fee. Accordingly, petitioner's motion to proceed *in forma pauperis* is moot. It is therefore,

**ORDERED** that petitioner's motion to proceed *in forma pauperis* is **DENIED** as moot.

**SIGNED this the 5th day of March, 2019.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE