IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| WILLIAM NELSON ANTOINE | § | |
| VS. | § | CIVIL ACTION NO. 1:18cv434 |
| DIRECTOR, TDCJ-CID | § | |

<u>ORDER</u>

Pending before the court is petitioner's motion to reinstate (docket entry no. 20). After due consideration, the court is of the opinion that same should be denied as unnecessary. It is therefore

**ORDERED** that petitioner's motion is **DENIED** as unnecessary.

**SIGNED this the 17th day of March, 2020.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE